1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
3      1420 E. Cooley Dr., Suite 100
       Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile: (909) 796-3402
5      E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RHONDA MAE NERDRUM,<br><br>  Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, SSA<br>Deputy Commissioner for Operations,<br><br>  Defendant. | No. CV 17 – 04326 PJW<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND ONE HUNDRED FIFTY-SEVEN DOLLARS AND 67/100 ($2,157.67) subject to the terms of the stipulation.

DATE: May 7, 2018      _____
                       HON. PATRICK J. WALSH
                       UNITED STATES MAGISTRATE JUDGE